JUDGE NATHAN

**17 CV 3086**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ x
THE REPUTBLIC OF TURKEY            :   Case No.: _____
                                           :
                         Plaintiff,    :   **ORDER TO SHOW CAUSE FOR**
                                           :   **PRELIMINARY INJUNCTION**
     v.                                 :   **WITH TEMPORARY**
                                           :   **RESTRAINING ORDER**
CHRISTIE'S INC., a New York corporation; and   :
JOHN DOES 1-5;                           :
                                           :
                         Defendants.    :
------------------------------------------------------------ x

  Upon the Declarations of Ertan Yalcin, Sedat Gonulluoglu, and Aynur Talakaar sworn to the 27 day of April 2017, and the exhibits annexed thereto, and the Verified Complaint dated April 27, 2017, and memorandum of law, annexed hereto on behalf of the plaintiff, the Republic of Turkey, it is

  ORDERED, that the above-named defendants show cause before the Honorable _____, Courtroom _____, of the United States Courthouse, _____, New York, New York, on the ___ day of April 2017 at __:__ o'clock in the _____ noon thereof, or as soon thereafter as counsel can be heard, why an order should not be entered pursuant to Rule 65 of the Federal Rules of Civil Procedure restraining and enjoining Defendant Christie's Inc., its officers, agents, servants, employees and attorneys and those in active concert of participation with them, and any and all subsidiaries, parents, affiliates or divisions thereof (collectively "Christie's") during the pendency of this action from:

  1. selling, at auction on April 28, 2017 or otherwise, an Anatolian Marble Female Idol of Kiliya Type known as "The Guennol Stargazer" (the "Statue");

2. transferring, pledging, assigning or removing from its place of business or otherwise disposing of the Statue; and it is further

ORDERED that, sufficient reason having been shown therefor, pending the hearing of the Republic of Turkey's application for a preliminary injunction pursuant to Federal Rule of Civil Procedure 65, Defendant Christie's is temporarily restrained and enjoined from:

1. selling, at auction on April 28, 2017 or otherwise, an Anatolian Marble Female Idol of Kiliya Type known as "The Guennol Stargazer" (the "Statue");

2. transferring, pledging, assigning or removing from its place of business or otherwise disposing of the Statue; and it is further

ORDERED that security in the amount of $_____ be posted by the Republic of Turkey prior to _____, 2017; and it is further

ORDERED, that service of a copy of this Order to Show Cause, together with a copy of the papers upon which this Order is based, be made by personal service upon Defendant Christie's at the addresses set forth in the Summons in this action or its counsel, on or before \_\_:\_\_ o'clock in the \_\_\_\_\_ noon of _____, 2017; and it is further

ORDERED that any response or opposition to this order must be filed and served on Plaintiff's counsel by personal service on or before \_\_:\_\_ o'clock in the \_\_\_\_\_ noon of _____, 2017.

Dated: New York, New York
April 27, 2017

_____
UNITED STATES DISTRICT COURT JUDGE