

**VIA ECF**

June 22, 2018

The Honorable Alison J. Nathan
United States District Court (S.D.N.Y.), Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, NY 10007

      Re:    *Republic of Turkey v. Christie's Inc., et al*., 17 Civ. 3086 (AJN) (SDA)

Dear Judge Nathan:

      Pursuant to this Court's Order dated June 13, 2018 (Dkt #117), Defendants-Counterclaimants Christie's Inc. and Michael Steinhardt write to inform the Court and Plaintiff-Counterclaim Defendant Republic of Turkey, through its counsel, that Defendants-Counterclaimants intend to file amended Counterclaims. Defendants-Counterclaimants will not make amendments to their Verified Answer or Affirmative Defenses to the Second Amended Complaint, as filed on May 22, 2018 (Dkt #107).

      Defendants-Counterclaimants intend to file First Amended Counterclaims no later than June 29, 2018.

                                      Respectfully submitted:

                                      */s/ Thomas R. Kline*

                                      Thomas R. Kline
                                      Counsel for Defendants

cc:      Counsel for Plaintiff

culturalheritagepartners.com   ▪   O: 202.567.7594   ▪   F: 866.875.6492   ▪   *Office hours by appointment*
2101 L Street NW, Suite 800  Washington, DC 20037