HERRICK

**Lawrence M. Kaye**
**Partner**
Phone:  212.592.1410
Fax:  212.545.3331
lkaye@herrick.com

January 14, 2019

<u>**VIA ECF**</u>

The Honorable Alison J. Nathan
United States District Court (S.D.N.Y.), Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, NY 10007

Re:     *Republic of Turkey v. Christie's, Inc., et al.*, 17 Civ. 3086 (AJN)gr

Dear Judge Nathan:

       We represent Plaintiff Republic of Turkey in this action. Pursuant to Rule 3.E of Your Honor's Individual Rules of Practice, Plaintiff respectfully requests oral argument on Defendants' motion for summary judgment (Dkt ## 189-191, 202), as to which Plaintiff has filed opposition (Dkt ## 228,230-234).

       Thank you for your consideration.

Respectfully submitted,

/s/ *Lawrence M. Kaye*

Lawrence M. Kaye


cc (via ECF): All Counsel of Record