UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Republic of Turkey,

        Plaintiff,

–v–

Christie's, Inc. *et al.*,

        Defendants.

17-CV-3086 (AJN)

ORDER

MAR 29 2019

ALISON J. NATHAN, District Judge:

On December 7, 2018, Plaintiff filed a motion for summary judgment on Counts II and II of Defendants counterclaims, which are also the subject of a motion to dismiss pending before the Court. Dkt. No. 190. (requesting that the Court convert its motion to dismiss to a motion for summary judgment supported by the filings submitted on summary judgment). Accordingly, Plaintiff's motion to dismiss the counterclaims is hereby denied as moot.

The Court will resolve Plaintiff's motion for summary judgment, as well as Defendant's motion for summary judgment and Plaintiff's related *Daubert* motion, in due course.

The Clerk of the Court is directed to terminate Dkt. Nos. 114 and 124.

SO ORDERED.

Dated: March 29, 2019
      New York, New York

_____
ALISON J. NATHAN
United States District Judge

1