UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: SEP 3 0 2019

Republic of Turkey,

        Plaintiff-Counterclaim Defendant,

-against-

Christie's Inc., *et al.*,

        Defendants-Counterclaimants,

Anatolian Marble Female Idol of Kiliya Type,

        Defendant-in-rem.

17 Civ. 3086 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

On December 7, 2018, Defendants Christie's Inc. and Michael Steinhardt filed a motion for summary judgment on the claims asserted by the Republic of Turkey in its Second Amended Complaint. Dkt. No. 190. On the same day, Turkey also filed a motion for summary judgment on Counts II and III of Christie's and Steinhardt's Amended Counterclaim, as well as a *Daubert* motion to disqualify two of Christie's and Steinhardt's experts, Ozan Varol and Maxwell Anderson.

The Court resolves these pending motions, as well as related requests for sealing, in a concurrently filed Opinion and Order under temporary seal. The Court DENIES Christie's and Steinhardt's motion for summary judgment, GRANTS Turkey's motion for summary judgment, and RESERVES JUDGMENT on Turkey's *Daubert* motion. The parties' motions to seal are DENIED with leave to refile.

In light of the parties' claims that the record before the Court contains information that

1

should not be filed on the public docket, the Court will permit the parties ten business days to propose any redactions to the Court's Opinion and Order and to justify those redactions by reference to the Second Circuit's decision in *Lugosch v. Pyramid Co. of Onondaga*, 435 F.3d 110 (2d Cir. 2006). After determining which, if any, portions of the Opinion and Order should be redacted, the Court will file the Opinion and Order on the public docket.

This Order, by reference to the temporarily sealed Opinion and Order, resolves Dkt. Nos. 187, 190, 193, 194, 196, 199, 204, 219, 229, 235, 239, and 242.

SO ORDERED.

Dated: September 30, 2019
New York, New York

_____
ALISON J. NATHAN
United States District Judge