

VIA ECF AND EMAIL

October 15, 2019

The Honorable Alison J. Nathan
United States District Court (S.D.N.Y.), Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, NY 10007
Email: NathanNYSDChambers@nysd.uscourts.gov

    Re:    *Republic of Turkey v. Christie's Inc., et al.*, 17 Civ. 3086 (AJN) (SDA)

Dear Judge Nathan:

    Defendants Christie's Inc. and Michael Steinhardt hereby submit their letter-motion to permanently seal certain materials, per the Court's September 30, 2019 Order.

    Pursuant to the Protective Order (Dkt #78), and to this Court's Individual Practices, Defendants respectfully request that the Court grant leave to file Defendants' unredacted letter-motion and exhibits under seal. Defendants have submitted to the Court and opposing counsel a highlighted copy indicating the portions they want to seal, and will concurrently submit a redacted copy of the filing via ECF.

                            Respectfully submitted:

                            */s/ Thomas R. Kline*

                            Thomas R. Kline, Counsel for Defendants

cc:    Counsel for Plaintiff