UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

NOV 2 0 2019

REPUBLIC OF TURKEY,

    Plaintiff,

v.

CHRISTIE'S INC. et al.,

    Claimant-Defendants,

ANATOLIAN MARBLE FEMALE IDOL OF KILIYA TYPE,

    Defendant-in-rem.

Case No: 1:17-cv-3086 (AJN)

## [PROPOSED] ORDER

WHEREAS, on August 10, 2017, the Court entered a protective order concerning the identity of pseudonymous intervenor John Poe requiring that any documents containing Poe's name, contact information, or other personally identifying information be designated "POE CONFIDENTIAL" and subject to attorneys'-eyes-only protection, see ECF No. 73;

WHEREAS the Republic of Turkey ("Plaintiff"), Christie's Inc. ("Christie's"), and Michael Steinhardt (with Christie's, collectively "Defendants") have filed with the Court certain materials that contain POE CONFIDENTIAL material under temporary seal; and

WHEREAS the Court finds that Poe, a third-party to this lawsuit, has a substantial privacy interest that would be affected by the public filing of the POE CONFIDENTIAL materials; and

WHEREAS all parties consent to the relief sought by Poe;

IT IS HEREBY ORDERED THAT:

2

1. Exhibits K and L to the Declaration of Lawrence M. Kaye in Support of Plaintiff's Motion for Summary Judgment on Defendants' Counterclaim, ECF No. 203, shall be maintained under seal;

2. Poe shall be permitted to review the Court's Order and Opinion, ECF No. 267, which is currently under temporary seal;

3. Within five business days, Poe shall propose any redactions to the Court's Order and Opinion concerning POE CONFIDENTIAL material.

Dated: ~~October~~ November ___, 2019
New York, New York

_____
ALISON J. NATHAN
United States District Judge