UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Republic of Turkey,

    Plaintiff,

—v—

Christie's Inc., et al.,

    Defendants.



17-cv-3086 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

On September 30, 2019, the Court issued an Opinion and Order in the above-captioned matter and placed it under temporary seal to permit the parties the opportunity to propose any redactions. *See* Dkt. No. 268. The parties have since advised the Court that they do not intend to propose any such redactions. *See* Dkt. No. 277. Accordingly, the Court orders Sealed Records to unseal Dkt. No. 267.

SO ORDERED.

Dated: December 2, 2019
New York, New York

_____
ALISON J. NATHAN
United States District Judge