February 20, 2020

The Honorable Alison J. Nathan, U.S. District Court Judge
U.S. District Court for Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007-1312



Re:   *Republic of Turkey v. Christie's Inc. and Michael Steinhardt, 17 Civ. 3086 (AJN)*

Dear Judge Nathan,

We write on behalf of all parties to this case – Plaintiff Republic of Turkey, Defendant Christie's Inc., and Defendant Michael Steinhardt – to request a revision to the December 2, 2019 Pretrial Scheduling Order (Dkt #283). This change is necessitated by serious health issues currently affecting Defendant Michael Steinhardt and Sandra L. Cobden, Christie's Vice-President and Senior Counsel, Dispute Resolution.

The parties note that they are not requesting changes to the April 17, 2020 final pretrial conference or the April 27, 2020 trial date at this time.

Thank you for your consideration of this request.

Respectfully submitted,

 /s/ Lawrence M. Kaye                         /s/ Thomas R. Kline
Lawrence M. Kaye                              Thomas R. Kline
HERRICK, FEINSTEIN LLP                        CULTURAL HERITAGE PARTNERS, PLLC
2 Park Avenue                                 369 Lexington Ave., 3d Floor
New York, NY 10016                            New York, NY 10016
lkaye@herrick.com                             tom@culturalheritagepartners.com
212-592-1410 Telephone                        202-567-7594 Telephone
212-592-1500 Facsimile                        866-875-6492 Facsimile

*Attorneys for Plaintiff*                     *Attorneys for Defendants*
*Republic of Turkey*                          *Christie's Inc. and Michael Steinhardt*

Enclosure

|  | **Current Date** | **Proposed New Date** |
|---|---|---|
| Parties exchange the following (do not file with Court):<br>• List of witnesses who will testify at trial and a brief summary of the substance of each witness' testimony<br>• Direct testimonies of trial witnesses | Feb. 21, 2020 | March 6, 2020 |
| Joint Pretrial Report (Rule 6.A):<br>• Statement regarding subject matter jurisdiction<br>• Summary of claims and defenses to be tried<br>• Statement as to number of trial days needed<br>• Any stipulations or agreed statements of fact or law to which all parties consent<br>• List of witnesses who will testify at trial and a brief summary of the substance of each witness' testimony<br>• Designations of deposition testimony to be presented to the court and any counter-designations and objections to admissibility by any other party<br>• Exhibit lists, including any objections to admissibility by the other party<br>• A statement of the damages claimed and any other relief sought | March 6, 2020 | March 20, 2020 |
| Motions *in limine* (Rule 6.B.) | March 6, 2020 | March 20, 2020 |
| Pretrial Memorandum of Law (Rule 6.C.) (optional) | March 6, 2020 | March 20, 2020 |
| Trial Exhibits (Rule 6.E.) | March 6, 2020 | March 20, 2020 |
| Proposed Findings of Fact and Conclusions of Law (Rule 6.F.i.) | March 6, 2020 | March 20, 2020 |

So ORDERED

SO ORDERED

| | | |
|---|---|---|
| Deposition Excerpts (Rule 6.F.ii.) | March 6, 2020 | March 20, 2020 |
| Direct Testimonies of Trial Witnesses (Rule 6.F.iii.) | March 6, 2020 | March 20, 2020 |
| List of Affiants to Cross-Examine (Rule 6.F.iii.) | March 13, 2020 | March 24, 2020 |
| Oppositions to motions *in limine* (Rule 6.B.) | March 20, 2020 | April 3, 2020 |
| Replies to motions *in limine* (Rule 6.B.) | March 27, 2020 | April 15, 2020 (The parties include additional days between the deadlines for oppositions and replies to motions *in limine* to accommodate intervening religious observances.) |
| Final pretrial conference | April 17, 2020 | ~~April 17, 2020~~ April 23, 2020 at 1 p.m. |
| Trial Date | Begin on April 27, 2020 | Begin on April 27, 2020[1] |

SO ORDERED:

_____
HON. ALISON J. NATHAN
UNITED STATES DISTRICT JUDGE

2/21/20

---

[1] The parties agree that one of Plaintiff's witnesses, who Plaintiff advises is traveling from abroad and is unavailable due to prior commitments the week immediately prior to the trial, will not be cross-examined on the first day of trial but at a later date to be agreed upon by the parties.