

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 3/30/20

Lawrence M. Kaye
Partner
Phone: 212.592.1410
Fax: 212.545.3331
lkaye@herrick.com

March 24, 2020

VIA ECF

The Honorable Alison J. Nathan
United States District Judge
United States District Court for the Southern District of New York
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, New York 10007

SO ORDERED   3/30/20

*Alison J. Nathan* (signature)

Alison J. Nathan, U.S.D.J.

Re:   *Republic of Turkey v. Christie's Inc. and Michael Steinhardt*, 17 Civ. 3086 (AJN)

Your Honor:

We are the attorneys for Plaintiff, Republic of Turkey ("Plaintiff" or "Republic"). We appreciate the Court's prompt ruling on the parties' joint request last week for extensions of the pre-trial submission deadlines and the adjournment *sine die* of the trial in this case. (Dkt #297). We are writing your Honor again, however, because much has changed since last week when we made the application for an adjournment and even since last Friday when your Honor granted the application, necessitating this further application for an extension of the pretrial deadlines.

On March 22, 2020, Herrick, Feinstein LLP, the attorneys for Plaintiff, in response to Governor Cuomo's March 20, 2020 Executive Order (No. 202.8), closed its office, except to permit access to two staff personnel in the mailroom and IT staff only as needed. Partners, associates and other employees at the firm are no longer permitted access to the office. In addition, the transition from an office environment to everyone working remotely has caused connectivity problems and, in at least three cases, serious technical failures and delays. Our firm's IT staff is simply overwhelmed. Accordingly, our ability to meet the so-ordered filing deadlines has been compromised.

On top of that, because of New York City's recent and alarming developments concerning the spread of COVID-19, two of Plaintiff's attorneys and their families have temporarily relocated outside of the City which adds to the complications.

In light of the foregoing intervening circumstances which are causing and may well continue to cause delays, we respectfully request a further adjournment of the April 3, 2020 deadlines for the submission of pretrial papers until April 24, 2020 (and similar extensions for the few later submissions). Our new proposed schedule is attached. We have considered in making this request that Passover and Easter will occur during this period. Most importantly, we believe that there will be no prejudice to any party because the trial is currently adjourned *sine die*. And the parties will still be in a position to suggest a new trial date on April 27, 2020, as your Honor directed in



last week's order. Defendants' counsel has advised us that Defendants will take no position on Plaintiff's request for a 3-week extension.

Respectfully submitted,

  /s/ Lawrence M. Kaye
Lawrence M. Kaye
HERRICK, FEINSTEIN LLP
2 Park Avenue
New York, NY 10016
lkaye@herrick.com
212-592-1410 Telephone
212-592-1500 Facsimile

*Attorneys for Plaintiff*
*Republic of Turkey*

Enclosure

cc: All Counsel of Record (via ECF)

> Plaintiff's request is hereby granted. The Court adopts Plaintiff's proposed revised schedule for the filing of pretrial materials.
> SO ORDERED.

|  | **Current Date** | **Proposed New Date** |
|---|---|---|
| Joint Pretrial Report (Rule 6.A):<br>• Statement regarding subject matter jurisdiction<br>• Summary of claims and defenses to be tried<br>• Statement as to number of trial days needed<br>• Any stipulations or agreed statements of fact or law to which all parties consent<br>• List of witnesses who will testify at trial and a brief summary of the substance of each witness' testimony<br>• Designations of deposition testimony to be presented to the court and any counter-designations and objections to admissibility by any other party<br>• Exhibit lists, including any objections to admissibility by the other party<br>• A statement of the damages claimed and any other relief sought | April 3, 2020 | April 24, 2020 |
| Motions *in limine* (Rule 6.B.) | April 3, 2020 | April 24, 2020 |
| Pretrial Memorandum of Law (Rule 6.C.) (optional) | April 3, 2020 | April 24, 2020 |
| Trial Exhibits (Rule 6.E.) | April 3, 2020 | April 24, 2020 |
| Proposed Findings of Fact and Conclusions of Law (Rule 6.F.i.) | April 3, 2020 | April 24, 2020 |
| Deposition Excerpts (Rule 6.F.ii.) | April 3, 2020 | April 24, 2020 |
| Direct Testimonies of Trial Witnesses (Rule 6.F.iii.) | April 3, 2020 | April 24, 2020 |
| Courtesy Copies (Rule 6.G) | As soon as practically possible after filing | As soon as practically possible after filing |
| List of Affiants to Cross-Examine (Rule 6.F.iii.) | April 8, 2020 | April 29, 2020 |
| Oppositions to motions *in limine* (Rule 6.B.) | April 22, 2020 | May 8, 2020 |

| | | |
|---|---|---|
| Replies to motions *in limine* (Rule 6.B.) | May 1, 2020 | May 18, 2020 |
| Final pretrial conference | TBD | TBD |
| Trial Date | TBD | TBD |