Case 1:17-cv-03086-AJN-SDA   Document 368   Filed 07/29/20   Page 1 of 1

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7/29/20

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Republic of Turkey,

                Plaintiff,

    –v–

Christie's Inc., et al.,

                Defendants.

17-cv-3086 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

    On July 28, 2020, the parties submitted a joint letter requesting that commencement of the trial in this matter be rescheduled to early February. Dkt. No. 367. The Court is willing to adjourn commencement of the trial due to the challenges posed by the COVID-19 public health crisis, and the Court would make every effort to try the case at the requested time in February. But because there are a number of trials that will need to be rescheduled, the Court will prioritize in-person criminal trials once those are safely feasible. As a result, the Court cannot guarantee that the trial in this matter will take place in early February, as the parties request.

    An alternative to the parties' proposal is to maintain the November 2, 2020 start date and to use a secure video conferencing platform to conduct the bench trial remotely. Indeed, courts in this district have already successfully conducted remote bench trials. *See Ferring Pharm. Inc., et al. v. Serenity Pharm. LLC, et al.* (Case No. 17-cv-9922-CM-SDA, S.D.N.Y.); *SEC v. Paulsen*, Case (Case No. 18-cv-6718-PGG, S.D.N.Y.); *Financial Guaranty Insurance Company v. The Putnam Advisory Company, LLC* (Case No. 12-cv-7372-LJL-KNF, S.D.N.Y.).

    The parties are hereby ORDERED to meet, confer, and submit a joint letter to the Court indicating their preference on how to proceed by August 12, 2020.

SO ORDERED.

Dated: July __29__, 2020
      New York, New York

_____
ALISON J. NATHAN
United States District Judge