```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  8/14/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Republic of Turkey,

                Plaintiff,

    –v–

Christie's Inc., et al.,

                Defendants.

17-cv-3086 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

On August 11, 2020, the parties responded to the Court's July 29, 2020 order that they meet and confer to discuss the possibility of adjourning the commencement of the trial date or proceeding remotely.  Dkt. No. 369.  The parties requested that the Court adjourn the trial until March 2021 or shortly thereafter.  Dkt. No. 369.  In light of the parties' request, the Court hereby reschedules the trial start date in this matter to April 5, 2021.

    SO ORDERED.

Dated: August __13__, 2020
      New York, New York

_____
      ALISON J. NATHAN
      United States District Judge