```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/4/21
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

Republic of Turkey,

                Plaintiff,

     –v–

Christie's Inc., et al.,

                Defendants.

17-cv-3086 (AJN)

ORDER

---

ALISON J. NATHAN, District Judge:

      A bench trial in this matter is presently scheduled to commence on April 5, 2021. *See* Dkt. No. 370. A final pre-trial conference is hereby scheduled for March 18, 2021 at 2 p.m.

      By no later than March 8, 2021, the parties are ORDERED to meet and confer and inform the Court whether they continue to wish to proceed with trial on April 5, 2021 or whether they would prefer to adjourn the bench trial for a brief period of time such that proceeding in-person would be more feasible.

      The parties may also opt to proceed with the bench trial remotely. As noted in Dkt. No. 370, courts in this district have already successfully conducted remote bench trials. *See, e.g.*, *Optima Media Group Limited v. Bloomberg L.P., et al.* (Case No. 17-cv-1898-AJN, S.D.N.Y.); *Ferring Pharm. Inc., et al. v. Serenity Pharm. LLC, et al.* (Case No. 17-cv-9922-CM-SDA, S.D.N.Y.); *SEC v. Paulsen*, Case (Case No. 18-cv-6718-PGG, S.D.N.Y.); *Financial Guaranty Insurance Company v. The Putnam Advisory Company, LLC* (Case No. 12-cv-7372-LJL-KNF, S.D.N.Y.).

      SO ORDERED.

Dated: March 4, 2021
       New York, New York

                                              ALISON J. NATHAN
                                             United States District Judge