USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/16/21

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

Republic of Turkey,

                Plaintiff,

    –v–

Christie's Inc., et al.,

                Defendants.

17-cv-3086 (AJN)

ORDER

---

ALISON J. NATHAN, District Judge:

    The parties have indicated that they wish to proceed remotely with the bench trial on April 5, 2021. Dkt. No. 412. The final pretrial conference scheduled for March 18, 2021 at 2:00 P.M. will be conducted telephonically. Dkt. No. 410. At that time, the parties shall call 888-363-4749 and enter access code 9196964#. Members of the public may use the same dial-in information but will not be permitted to speak during the conference.

    The parties shall be prepared to discuss, among other things, technology that would permit the Court and the parties to proceed remotely. The parties shall also be prepared to discuss whether they intend to submit a proposed stipulation and order regarding the conduct of the bench trial by remote means. *See Optima Media Group Limited, et al. v. Bloomberg LP*, Case No. 17-cv-1898 (AJN), Dkt. No. 136.

    SO ORDERED.

Dated: March 16, 2021
       New York, New York

                                        ALISON J. NATHAN
                                       United States District Judge