USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/22/21

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Republic of Turkey,

        Plaintiff,

–v–

Christie's Inc., et al.,

        Defendants.

17-cv-3086 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

    In light of Dkt. No. 417, the parties are ORDERED to meet and confer and submit a joint letter by March 29, 2021 informing the Court how many days they anticipate the bench trial will last and if they will split the trial hours evenly. If the parties have not come to an agreement, the joint letter shall notify the Court of the parties' respective positions.

    SO ORDERED.

Dated: March 22, 2021
      New York, New York

                               ALISON J. NATHAN
                             United States District Judge