```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/2/21
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Republic of Turkey,

        Plaintiff,

   –v–

Christie's Inc., et al.,

        Defendants.

17-cv-3086 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

    A bench trial in this matter will begin April 5, 2021 at 9:30 A.M. The trial will be conducted remotely using a videoconferencing system. The public may access the audio of the proceeding by calling 1-703-552-8058 and entering conference code 536478.

SO ORDERED.

Dated: April 2, 2021
      New York, New York

                                          ALISON J. NATHAN
                                       United States District Judge