UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/2/21
```

Republic of Turkey,

            Plaintiff,

–v–

Christie's Inc., et al.,

            Defendants.

17-cv-3086 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

      In advance of the bench trial, which is scheduled to start on April 5, 2021, the parties submitted a joint letter advising the Court that Plaintiff anticipates that the bench trial will last for ten days and that Defendants anticipate that the bench trial will last for nine days. Dkt. No. 424. The Court will permit ten days if needed, but it cannot sit on April 16, 2021. If the ten days are needed, the bench trial will end on Monday, April 19, 2021. The Court anticipates approximately 5.5 hours of testimony a day, which amounts to 55 hours total. The Court will divide the time equally, which gives each side 27.5 hours.

      With respect to Plaintiff's March 26, 2021 letter motion seeking clarification of the Court's March 22, 2021 Order, Plaintiff requests leave to offer limited portions of Defendant Michael Steinhardt's 1996 deposition transcript (PTX 148). The Court reserves judgment until trial on the issue raised in the letter.

      SO ORDERED.

Dated: April 2, 2021
       New York, New York

                                      ALISON J. NATHAN
                                      United States District Judge