USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/8/21

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Republic of Turkey,

                Plaintiff,

    –v–

Christie's Inc., et al.,

                Defendants.

17-cv-3086 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

    The Court adjourned the bench trial for the rest of April 8, 2021 due to technical issues. The bench trial will resume on Friday, April 9, 2021 at 9:30 AM. Members of the public may access the proceeding by calling 1-703-552-8058 and entering conference code 536478. *See* Dkt. No. 432.

    SO ORDERED.

Dated: April 8, 2021
       New York, New York

                                          ALISON J. NATHAN
                                        United States District Judge