**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------X
Republic of Turkey,

                Plaintiff,                      17 **CIVIL** 3086 (AJN)

      -against-                           **JUDGMENT**

Christie's, Inc.,

                Defendant.

Michael Steinhardt,

                Defendant-Counterclaimant,

 Anatolian Marble Female Idol of Kiliya Type,

                Defendant-in-rem.
-------------------------------------------------------------X

        It is hereby **ORDERED, ADJUDGED AND DECREED:**  That for the reasons stated in the Court's Findings of Fact and Conclusions of Law dated September 7, 2021, the Court holds that Turkey did not meet its initial burden to show ownership of the Idol. Thus, Turkey's claims for replevin and conversion fail and Defendant Steinhardt is entitled to a declaratory judgment that all right, title, and interest in and to the Idol is vested in Steinhardt. The Court further concludes that even if Plaintiff met its burden of establishing ownership of the Idol under the 1906 Decree, the Defendants are entitled to judgment in their favor on their laches defense. Judgment is entered in Defendants' favor and the case is closed.

**Dated:**  New York, New York
       September 7, 2021

                                 **RUBY J. KRAJICK**

                             _____

                                 **Clerk of Court**

                **BY:**

                               **Deputy Clerk**