USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/1/21

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Republic of Turkey,

        Plaintiff,

–v–

Christie's Inc., et al.,

        Defendants.

17-cv-3086 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

    At 5:48 p.m. on Friday, October 1, 2021, Plaintiff moved to stay enforcement of the Court's Order dated September 7, 2021, pending Plaintiff's appeal to the U.S. Court of Appeals for the Second Circuit. Dkt. Nos. 475, 476. The automatic stay of the Court's Order expires October 7, 2021.

    Defendants shall file a response by October 5, 2021. The Court does not anticipate requiring a hearing or oral argument on the motion but will inform counsel for the parties if one is required.

SO ORDERED.

Dated: October 1, 2021
       New York, New York

_____
ALISON J. NATHAN
United States District Judge