S.D.N.Y.—N.Y.C.
17-cv-3086
Nathan, J.

# United States Court of Appeals
FOR THE
SECOND CIRCUIT

At a stated term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 8th day of February, two thousand twenty-two.

Present:
>Rosemary S. Pooler,
>Robert D. Sack,
>Myrna Pérez,
>>*Circuit Judges*.

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: Feb. 08, 2022
```

Republic of Turkey,

>*Plaintiff-Counter-Defendant-Appellant*,

v.                                                                                          21-2485

Christie's Inc., Michael Steinhardt,

>*Defendants-Counter-Claimants- Appellees*,

John Does 1-5,

>*Defendants*,

Anatolian Marble Female Idol of Kiliya Type,

>*Defendant-in-rem*.

Appellant moves for a stay and an injunction pending appeal. Upon due consideration, it is hereby ORDERED that the motion is DENIED because the Appellant has failed to meet the requisite standards. *U.S. Sec. & Exch. Comm'n v. Citigroup Glob. Mkts. Inc.*, 673 F.3d 158, 162 (2d Cir. 2012); *LaRouche v. Kezer*, 20 F.3d 68, 72 (2d Cir. 1994); *see also Nken v. Holder*, 556 U.S. 418, 434–35 (2009). However, it is further ORDERED that the Appellees give Appellant and this Court adequate advance notice of any anticipated change in the status quo.

FOR THE COURT:
Catherine O'Hagan Wolfe, Clerk of Court

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

CERTIFIED COPY ISSUED ON FEBRUARY 8, 2022